# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                Case No. 3:17CR203

CHRISTOPHER ONEAL DEARMOND,    JUDGE WALTER H. RICE

    Defendant.

---

## PRELIMINARY PRETRIAL ORDER; TRIAL DATE AND OTHER DATES SET

---

| | |
|---|---|
| Date of Scheduling Conference | 1/5/2018 |
| Jury Trial Date | **Tuesday, 2/20/2018** |
| Final Pretrial Conference (by telephone) | **Monday, 2/12/2018 at 5:00 pm** |
| Motion Filing Deadline | |
|     Oral and Evidentiary Motions | 2/1/2018 |
|     Other Motions | 2/5/2018 |
| Discovery Cut-off | 2/8/2018 |
| Speedy Trial Deadline | 2/22/2018 |
| Discovery out – Plaintiff to Defendant | **by close of business, 1/12/2018** |

*[signature]*

January 8, 2018                        WALTER H. RICE
                                        UNITED STATES DISTRICT JUDGE