IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| vs. | : | Case No. 3:17cr203 |
| CHRISTOPHER ONEAL DEARMOND | : | JUDGE WALTER H. RICE |
| Defendant. | : | |

## AMENDED PRELIMINARY PRETRIAL ORDER; NEW TRIAL DATE AND OTHER DATES RESET FROM 2/20/2018 ON 2/12/2018

| | |
|---|---|
| Jury Trial Date | 3/26/2018 |
| Final Pretrial Conference (by telephone) | Monday, 3/19/2018 at 5:00 pm |
| Motion Filing Deadline | |
|    Oral and Evidentiary Motions | 3/5/2018 |
|    Other Motions | 3/12/2018 |
| Discovery Cut-off | 3/12/2018 |
| Speedy Trial Deadline | **waived by Motion to Continue and acceptance of 3/26/2018 trial date, the Court finding that within the factual and legal confines of this case, the ends of justice outweigh the interests of the public and the Defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(a).** |

February 14, 2018

WALTER H. RICE
UNITED STATES DISTRICT JUDGE